COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-19-00011-CV |
| Style: | Richard Andert Robins v. Commission for Lawyer Discipline dba Texas Bar aka State Bar of Texas |
| Date motion filed[*]: | February 19, 2019 |
| Type of motion: | Unopposed Motion for Extension of Time to File Brief |
| Party filing motion: | Pro Se Appellant Richard Andert Robins |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?  Yes (interlocutory).

If motion to extend time:

| | |
|---|---|
| Original due date: | N/A (no briefing deadline set) |
| Number of extensions granted: | 0    Current Due date:  N/A |
| Date Requested: | N/A (30 days from motion filing date) |

Ordered that motion is:

☑ Granted
    If document is to be filed, document due:  March 21, 2019.
☐ Denied
☐ Dismissed (*e.g.*, want of jurisdiction, moot)
☑ Other: _____

Although the clerk's record was filed on January 30, 2019, no briefing deadline had been set because no timely response had been received by appellant to the Clerk of this Court's January 16, 2019 late reporter's record fee notice.  Accordingly, appellant's extension request, construed to include a request to set the briefing schedule without the reporter's record consistent with his docketing statement that this record was not requested, is **granted until March 21, 2019**.  *See* TEX. R. APP. P. 37.3(c)(1).  The Clerk of this Court is directed to mark March 21, 2019, as appellant's brief deadline.

Judge's signature: ___/s/ Justice Evelyn V. Keyes_____
                x  Acting individually     ☐  Acting for the Court
Date: ___February 26, 2019_____